IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MARSHALL FEATURE RECOGNITION, LLC<br><br>   Plaintiff,<br><br>   v.<br><br>RAYMOND JAMES FINANCIAL, INC. ET. AL.<br><br>   Defendant. | CIVIL ACTION NO. 2:15-cv-01757<br>(Original)<br><br>CIVIL ACTION NO. 2:15-cv-01782<br>(Consolidated) |

## ORDER DISMISSING CASE WITH PREJUDICE

In consideration of the Motion for Dismissal of all claims with prejudice filed by Plaintiff, Marshall Feature Recognition, LLC, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff, Marshall Feature Recognition, LLC against Defendant, Medtronics, Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

SIGNED this 23rd day of June, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE